No. 1940, Misc.   MORALES *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 1951, Misc.   PARRISH *v.* PEYTON, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied. *George W. Shadoan* for petitioner.

No. 1955, Misc.   CATON *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Irl B. Baris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 1963, Misc.   SUTHERLAND *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.   *James R. Willis* for petitioner.   *John T. Corrigan* for respondent.

No. 1964, Misc.   McCREARY *v.* SIGLER, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 1966, Misc.   HENDERSON *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.   *S. Carter Mc-Morris* for petitioner.

No. 1970, Misc.   HILL *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 2077, Misc.   LEIGH *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *LeRoy E. Batchelor, Jr.,* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.